# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Noga, James Lee | Docket No. | 0980 2:13CR06053-002 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant James Lee Noga, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 9th day of August 2013 under the following conditions:

**Standard Condition No. 8:** Defendant shall refrain from any use of alcohol or drugs, including marijuana, and may not use or possess any controlled substance, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: James Lee Noga is considered in violation of his pretrial supervision in the Eastern District of Washington by admitting to the use of methamphetamine on or about January 17, 2014.

PRAYING THAT THE COURT WILL ADDRESS AT SENTENCING

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   02/04/2014

by   s/Curtis G. Hare

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Other  Address at sentencing.

Signature of Judicial Officer

February 27, 2014

Date