PROB 12C
(7/93)

Report Date: August 21, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Lee Noga    Case Number: 2:13CR06053-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 27, 2014

Original Offense: Misprision of Felony, 18 U.S.C. § 4

Original Sentence: Probation - 12 months    Type of Supervision: Probation

Asst. U.S. Attorney: Alexander Carl Ekstrom    Date Supervision Commenced: February 27, 2014

Defense Attorney: Alison Klare Guernsey    Date Supervision Expires: February 26, 2015

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On June 24, 2014, James Lee Noga tested positive for the use of methamphetamine. |
| 2 | **Special Condition # 16:** Defendant shall participate in the home confinement program for 180 days. Defendant shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. Defendant shall pay all or part of the costs of the program based upon your ability to pay. Defendant is restricted to the defendant's residence every day from 9:00 p.m. to 6:00 a.m., or as directed by the supervising officer.<br><br>**Supporting Evidence:** On August 7, 2014, James Lee Noga was not present at his residence at the start of curfew at 9 p.m. Mr. Noga returned home at 10:00 p.m. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/21/2014

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 26, 2014

Date