PROB 12C
(7/93)

Report Date: October 15, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Lee Noga                Case Number: 0980 2:13CR06053-002

Address of Offender:                Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 27, 2014

Original Offense:       Misprision of Felony, 18 U.S.C. § 4

Original Sentence:      Probation - 12 months            Type of Supervision: Probation

Asst. U.S. Attorney:    Alexander Carl Ekstrom           Date Supervision Commenced: February 27, 2014

Defense Attorney:       Alex B. Hernandez, III           Date Supervision Expires: February 26, 2015

### PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #21**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On September 17, 2014, James Lee Noga failed to report for urine drug testing. |

                    I declare under penalty of perjury that the foregoing is true and correct.

                              Executed on:    10/15/2014
                                              _____
                                              s/Curtis G. Hare
                                              _____
                                              Curtis G. Hare
                                              U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

10/15/14
_____
Date